APRIL 9, 1945

No. 50113.—SUIT 4463.— United States v. H. A. Caesar & Co. reversed February 7, 1945. C. A. D. 299.

No. 50114.—SUIT 4461.— United States v. John Barr. C. A. D. 279 reversed by Supreme Court February 5, 1945, thereby affirming C. D. 801.